UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Re:

SARAH DIANE PECORARO,

Case No. 8:26-bk-00427-CED
Chapter 13

   Debtor.*

_____/

## CERTIFICATE OF SERVICE

I, Charles G. Moore, hereby certify that a copy of the pay advices for the above captioned cause have been sent by United States mail delivery or Electronically to the Debtor's Trustee, Kelly Remick, on this 28 day of January, 2026.

CHARLES G. MOORE, ESQ.
Charles G. Moore, P.A.
1700 - 66th Street North, #405
St. Petersburg, FL  33710
Phone: (727)381-8080
FLA BAR #0886701
Attorney for Debtor(s)