United States Bankruptcy Court

Middle District of Florida

In re:

Sarah Diane Pecoraro
    Debtor

Case No. 26-00427-CED

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113A-8               User: admin               Page 1 of 2

Date Rcvd: Jan 26, 2026            Form ID: 309I             Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sarah Diane Pecoraro, 5951 25th Street South, St Petersburg, FL 33712-5203 |
| 32159513 | + | Joseph Pecoraro, 5951 25th Street South, Saint Petersburg, FL 33712-5203 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: cgmpa1@aol.com | Jan 26 2026 21:53:00 | Charles G Moore, Charles G. Moore, PA, 1700 66th Street North, Suite 405, St. Petersburg, FL 33710 |
| tr | + | Email/Text: filing@payorelse13.com | Jan 26 2026 21:55:00 | Kelly Remick, Chapter 13 Standing Trustee, Post Office Box 89948, Tampa, FL 33689-0416 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jan 26 2026 21:55:00 | United States Trustee - TPA7/13, 7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 32159506 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Jan 26 2026 21:53:00 | Bluegreen Vacations, 4960 Conference Way North, Suite 100, Boca Raton, FL 33431 |
| 32159509 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2026 21:53:00 | Carrington Mortgage Services, Bankruptcy Department, 1600 South Douglass Road, Anaheim, CA 92806 |
| 32159508 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2026 21:53:00 | Carrington Mortgage Services, PO Box 692408, San Antonio, TX 78269-2408 |
| 32159507 | + | EDI: CAPITALONE.COM | Jan 27 2026 02:36:00 | Capital One, Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32159510 | | EDI: DISCOVER | Jan 27 2026 02:36:00 | Discover, Correspondence, PO Box 30943, Salt Lake City, UT 84130 |
| 32159504 | | EDI: FLDEPREV.COM | Jan 27 2026 02:36:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 32159511 | + | Email/Text: accountresearch@goodleap.com | Jan 26 2026 21:54:00 | GoodLeap, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 32159512 | + | Email/Text: foreclosures-bankruptcies@hometap.com | Jan 26 2026 21:55:00 | Hometap, 75 Arlington Street, Suite 500, Boston, MA 02116-3986 |
| 32159503 | | EDI: IRS.COM | Jan 27 2026 02:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32159515 | ^ | MEBN | Jan 26 2026 21:47:19 | Loanpal, LLC, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |

| 32159518 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2026 21:53:00 | PNC Bank, 222 Delaware Avenue, Wilmington, DE 19801 |
| 32159516 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2026 21:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 32159517 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2026 21:53:00 | PNC Bank, Attn Bankruptcy Dept, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 32159519 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jan 26 2026 21:55:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 32159520 | + Email/Text: lawfirmFL@rsieh.com | Jan 26 2026 21:54:00 | Rausch Sturm, 100 Second Avenue South, Suite 306S, Saint Petersburg, FL 33701-6307 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32159514 | ##+ | Loanpal, LLC, PO Box 4387, Portland, OR 97208-4387 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026       Signature:     /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Sarah Diane Pecoraro | Social Security number or ITIN: | xxx–xx–7652 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Middle District of Florida | | Date case filed for chapter: 13    1/20/26 | |
| Case number: 8:26–bk–00427–CED | | Date Notice Issued: 1/25/26 | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Sarah Diane Pecoraro | |
| **2. All other names used in the last 8 years** | aka Sarah Diane Rainbolt | |
| **3. Address** | 5951 25th Street South <br> St Petersburg, FL 33712 | |
| **4. Debtor's attorney** <br> Name and address | Charles G Moore <br> Charles G. Moore, PA <br> 1700 66th Street North <br> Suite 405 <br> St. Petersburg, FL 33710 | Contact phone 727–381–8080 <br><br> Email: cgmpa1@aol.com |
| **5. Bankruptcy Trustee** <br> Name and address | Kelly Remick <br> Chapter 13 Standing Trustee <br> Post Office Box 89948 <br> Tampa, FL 33689 | Contact phone:813–658–1165 |
| **6. Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse <br> 801 North Florida Avenue <br> Suite 555 <br> Tampa, FL 33602 | Office Hours: 8:30 AM to 4:00 PM <br> Monday through Friday <br><br> Contact phone: 813–301–5162 |

**\*\*\*You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. \*\*\***

For more information, see page 2 >

Debtor  **Sarah Diane Pecoraro**                                                                                 Case number **8:26–bk–00427–CED**

| **7.** Meeting of creditors | **February 17, 2026 at 01:30 PM** | **Location of Meeting:** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 678 206 0440, and passcode 9833067429, or call 813–586–4522 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***
*** For additional meeting information go to https://www.justice.gov/ust/moc ***

| **8.** Deadlines | |
|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **Filing deadline: April 20, 2026**

**You must file:**
• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: March 31, 2026**

**Deadline for governmental units to file a proof of claim:** **Filing deadline: 180 days from the date of filing**

---

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
**Attention Mortgage Holders:** Attachments to your Proof of Claim may be required by changes to Rule 3001. Forms and attachments are available at at www.uscourts.gov.

---

**Deadline to object to exemptions:**   **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. |

| **9.** Filing of plan, hearing on confirmation of plan | The plan will be sent separately. The initial confirmation hearing will be held on: **March 9, 2026 at 01:30 PM, Location: Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602**. The confirmation hearing may be continued upon announcement made in open court and reflected on the docket without further written notice.

**Jacksonville Division:** Debtors' attorneys and debtors who are not represented by an attorney must attend the Initial Confirmation Hearing.

**Orlando, Tampa, and Ft. Myers Divisions:** Debtors and their attorneys are not required to attend the Initial Confirmation Hearing because, in most cases, the Initial Confirmation Hearing will be continued to a date after the deadline for filing proofs of claim. However, the Court will hear and may rule on motions and objections that are separately noticed for hearing for the same time as the Initial Confirmation Hearing.

Local Rule 5073–1 restricts the entry of electronic devices and mobile phones into the Courthouse. |
|---|---|
| **10.** Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12.** Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13.** Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
| **14.** Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 866–222–8029. |