

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 03/09/2026 01:30 PM

### COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| **8:26-bk-00427-CED** | **13** | **01/20/2026** |

**Chapter 13**

**DEBTOR:**       Sarah Pecoraro

**DEBTOR ATTY:**   **Charles Moore**

**TRUSTEE:**       **Kelly Remick**

**HEARING:**

Initial/Confirmation Hearing

**APPEARANCES::**
AAPPEARANCES: William Harrison, Lydia Gazda

**RULING:**
Initial/Confirmation Hearing -   Continued to 7/27/2026 at 1:35 p.m. Announced in Open Court no further Notice given.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.