ORDERED.

**Dated:  May 13, 2026**

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

SARAH DIANE PECORARO,                                  Case No. 8:26-bk-00427-CED
                                                       Chapter 13

    Debtor.*

_____/

**ORDER SUSTAINING DEBTOR'S**
**OBJECTION TO CLAIM NO. 1 OF HOMETAP HEI FUND IV SPV II, LLC**

THIS CASE came on for consideration of the Objection to Claim No. 1 of Hometap HEI Fund IV SPV II, LLC (the "Objection") (Doc. No. 15).  The objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 30 days of the date of service.  No party filed a response within the time permitted.  The Court, therefore, considers the matter to be unopposed.  Accordingly, it is

**ORDERED** that the Debtor's Objection to Claim No. 1 be and the same is hereby **SUSTAINED** and Claim No. 1 filed by Hometap HEI Fund IV SPV II, LLC shall be allowed, but no distribution will be made to the Creditor pursuant to the Debtor's Chapter 13 Plan.

Attorney Charles G. Moore is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

_____

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.