UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

SARAH DIANE PECORARO,                          Case No. 8:26-bk-00427-CED
                                               Chapter 13

      Debtor.*

_____/

## PROOF OF SERVICE

I, Charles G. Moore, hereby certify that a true and correct copy of the <u>Order Sustaining Debtor's Objection to Claim No. 1 of Hometap HEI Fund IV SPV II, LLC</u> (Doc 17) for the above captioned cause has been sent by United States mail delivery or Electronically to all interested parties on this 20 day of ___May___, 2026.


CHARLES G. MOORE, ESQ.
Charles G. Moore, P.A.
1700 - 66th Street North, Suite 405
St. Petersburg, FL  33710
Phone: (727)381-8080 / Fax: (727) 381-0234
E-Service: CGMPA1@AOL.COM
FLA BAR #0886701
Attorney for Debtor

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.