

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

# PRO MEMO

### 07/27/2026 01:35 PM

### COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-00427-CED** | **13** | **01/20/2026** |

**Chapter 13**

**DEBTOR:**  Sarah Pecoraro

**DEBTOR ATTY:**  **Charles Moore**

**TRUSTEE:**  **Kelly Remick**

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES::**
AAPPEARANCES: William Harrison, Charles Moore

**RULING:**
Continued Confirmation Hearing   - Confirmed as modified. O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.