UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:
SARAH DIANE PECORARO

CASE NO: 26-00427

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 20

On 9/2/2026, I did cause a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/2/2026

/s/ Kelly Remick
Kelly Remick

Office of the Standing Chapter 13 Trustee
PO Box 89948
Tampa, FL 33689-0416
813 658 1165

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

SARAH DIANE PECORARO

CASE NO: 26-00427

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 20

On 9/2/2026, a copy of the following documents, described below,

Order Confirming Plan ECF Docket Reference No. 20

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/2/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly Remick
Office of the Standing Chapter 13 Trustee
PO Box 89948
Tampa, FL 33689-0416

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00427
MIDDLE DISTRICT OF FLORIDA
WED SEP 2 10-26-12 PST 2026

CARRINGTON MORTGAGE SERVICES LLC
GREENSPOON MARDER LLP
CO LINDSEY SAVASTANO ESQ
100 WEST CYPRESS CREEK RD SUITE 700
FORT LAUDERDALE FL 33309-2195

HOMETAP HEI FUND IV SPV II LLC
CO HINSHAW AND CULBERTSON
100 SOUTH ASHLEY DRIVE SUITE 1310
TAMPA FL 33602-5322

~~EXCLUDE~~

~~UNITED STATES TRUSTEE TPA713 7~~
~~TIMBERLAKE ANNEX SUITE 1200~~
~~501 E POLK STREET~~
~~TAMPA FL 33602 3949~~

(P)BLUEGREEN CORPORATION
MORTGAGE DEPT ATTN BANKRUPTCY
4960 CONFERENCE WAY NORTH SUITE 100
BOCA RATON FL 33431-4413

CAPITAL ONE
CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

~~EXCLUDE~~

~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~
~~1600 S DOUGLAS RD SUITE 110~~
~~ANAHEIM CA 92806 5951~~

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

GOODLEAP
8781 SIERRA COLLEGE BLVD
ROSEVILLE CA 95661-5920

HOMETAP
75 ARLINGTON STREET
SUITE 500
BOSTON MA 02116-3986

HOMETAP HEI FUND IV SPV II LLC
THOMAS L HENDERSON HINSHAW CULBERTS
16102 CHAGRIN BOULEVARD STE 112
SHAKER HEIGHTS OH 44120-5474

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOSEPH PECORARO
5951 25TH STREET SOUTH
SAINT PETERSBURG FL 33712-5203

LOANPAL LLC
8781 SIERRA COLLEGE BLVD
ROSEVILLE CA 95661-5920

LOANPAL LLC
PO BOX 4387
PORTLAND OR 97208-4387

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

~~EXCLUDE~~

~~(D)(P)PNC BANK RETAIL LENDING~~
~~P O BOX 94982~~
~~CLEVELAND OH 44101 4982~~

~~EXCLUDE~~

~~(D)(P)PNC BANK RETAIL LENDING~~
~~P O BOX 94982~~
~~CLEVELAND OH 44101 4982~~

QUICKEN LOANS
1050 WOODWARD AVENUE
DETROIT MI 48226-3573

RAUSCH STURM
100 SECOND AVENUE SOUTH
SUITE 306S
SAINT PETERSBURG FL 33701-6307

CHARLES G MOORE
CHARLES G MOORE PA
1700 66TH STREET NORTH
SUITE 405
ST PETERSBURG FL 33710-5512

~~EXCLUDE~~

~~KELLY REMICK~~
~~CHAPTER 13 STANDING TRUSTEE~~
~~POST OFFICE BOX 89948~~
~~TAMPA FL 33689 0416~~

DEBTOR

SARAH DIANE PECORARO
5951 25TH STREET SOUTH
ST PETERSBURG FL 33712-5203